# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00390-CV

### AYS Engineering, LLC, Appellant

### v.

### Almanac 13, LLC d/b/a Hestia, Appellee

---

**FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-21-005785, THE HONORABLE CORY LIU, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant AYS Engineering, LLC has filed a motion to dismiss this appeal, representing that the parties have settled their dispute.  We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Justices Theofanis, Crump, and Ellis

Dismissed on Appellant's Motion

Filed:   June 18, 2026